**NBL COAL COMPANY, INCORPORATED; Liberty Mutual Insurance Company, Petitioners,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor; Troy A. Moore, Respondents.**

No. 14–2064.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2015.

Decided: June 1, 2015.

John R. Sigmond, Nathaniel D. Moore, Penn, Stuart & Eskridge, Bristol, Tennessee, for Petitioners. M. Patricia Smith, Solicitor of Labor, Rae Ellen James, Associate Solicitor, Sean G. Bajkowski, Counsel for Appellate Litigation, Barry H. Joyner, United States Department of Labor, Washington, D.C.; Joseph E. Wolfe, Wolfe Williams & Reynolds, Norton, Virginia, for Respondents.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

NBL Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits on a claim filed by Troy A. Moore pursuant to

30 U.S.C. §§ 901–945 (2012). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *NBL Coal Co. v. Dir., Office of Workers' Comp. Programs,* No. 14–0036 BLA (B.R.B. Aug. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*